**Order entered March 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00114-CR
No. 05-20-00115-CR

**TERRANCE MALEK THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-34509-Q & F19-34508-Q**

### ORDER

The reporter's record was due January 25, 2020. When it was not filed, we notified court reporter Kendra Thibodeaux by postcard dated January 31, 2020 and directed her to file (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant has not requested the reporter's record by March 1, 2020. To date, the reporter's record has not been filed and we have had no communication from Ms. Thibodeaux.

We **ORDER** court reporter Kendra Thibodeaux to file the reporter's record in these appeals **by April 20, 2020**. We caution Ms. Thibodeaux that the failure to file the reporter's record by that date may result in the Court taking whatever action it deems appropriate to ensure that these appeals proceed in a more timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; Kendra Thibodeaux, court reporter, 204th Judicial District Court; and to counsel for all parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE